JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO FARIAS-CONTRERAS, | Case No. 2:25-cv-05892-AH-MAR |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, FCI TERMINAL ISLAND, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated:  January 26, 2026

_Annettwang_

HONORABLE ANNE HWANG
United States District Judge